UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-12421-MRA-SSC            Date: February 25, 2026

Title     Damiean Tremaine Johnson v. Alondra Ruiz

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                              n/a
Deputy Clerk                    Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                              None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On December 19, 2025, *pro se* Plaintiff Damiean Tremaine Johnson filed a civil rights complaint against Defendant Alondra Ruiz, an employee of California State Prison, Los Angeles County, in her individual and official capacities.  (ECF 1.)  On January 23, 2026, the Court dismissed the complaint with leave to amend for failure to state a cognizable due process claim, and because Defendant cannot be sued in her official capacity.  (ECF 4.)  The Court's order permitted Plaintiff to file a first amended complaint (FAC) curing these defects no later than February 23, 2026.  (*Id.* at 6.)  The Court cautioned Plaintiff that "his failure to file a timely FAC may result in the dismissal of this action for failure to prosecute and/or comply with a court order." (*Id.* at 7.)  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-12421-MRA-SSC                    Date: February 25, 2026

Title      Damiean Tremaine Johnson v. Alondra Ruiz

deadline to file a FAC has passed and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **March 10, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files a FAC by **March 10, 2026**, it will also be considered a response to this order to show cause, the order will be automatically discharged, and Plaintiff need not respond to this order separately.

If Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the Notice of Dismissal form, CV-09, no later than **March 10, 2026**.  The Clerk is directed to provide Plaintiff with a copy of the CV-09 form along with this order.

Plaintiff is cautioned that failure to file a timely response to this order will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED**.

:

Initials of Preparer        **ts**