UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAMIEAN TREMAINE JOHNSON,
Plaintiff,
v.
ALONDRA RUIZ,
Defendant.

Case No. 2:25-cv-12421-MRA-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that judgment be entered dismissing the first amended complaint (ECF 9) without leave to amend, and dismissing the federal due process claim with prejudice and the state tort claim without prejudice to re-filing in state court.

DATED: July 31, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE