JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEAN TREMAINE JOHNSON,<br>Plaintiff,<br>v.<br>ALONDRA RUIZ,<br>Defendant. | Case No. 2:25-cv-12421-MRA-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the first amended complaint (ECF 9) is dismissed without leave to amend, and with prejudice as to the federal due process claim and without prejudice as to the state tort claim.

DATED: July 31, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE